## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Andre Baker v. City of Chicago et al   07cv99999 | FILED: APRIL 1, 2008<br>08CV1879    PH<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Frank Himel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Frank Himel |
| FIRM<br>Law Offices of Frank J. Himel |
| STREET ADDRESS<br>833 W. Jackson Blvd., Suite 200 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60607 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230987 | TELEPHONE NUMBER<br>312-334-3131 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐