### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number:  08CV1879                Assigned/Issued  By:  J. N.

Judge Name:  LEFKOW                Designated Magistrate Judge:  SCHENKIER

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____      Receipt #:  2660641_____

Date Payment Rec'd: 4-1-08_____      Fiscal Clerk:  J. N. _____

---

## ISSUANCES

☑ Summons                    ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets        *(Victim, Against and $ Amount)*

☐ Writ _____        ☐ Other
       *(Type of Writ)*                _____
                                        *(Type of issuance)*

5____ Original and 0_____ copies on 4-2-08_____ as to CITY OF CHICAGO;
                              *(Date)*
JAIRO VALERIANO; K. MILES; M. TOMALIS; BUGLIO _____

_____