<u>Request For Refund of Filing Fee</u>

Please refund me $350.00 for receipt no. 2660596 where no complaint was filed. This is the duplicate payment.

Receipt no. 2660641 was filed with complaint 08 cv 1879.

Thank you,
S/ Frank J. Himel
Frank J. Himel

833 W. Jackson Blvd., Suite 200
Chicago, Illinois 60607
312-334-3131