AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ANDRE BAKER

CASE NUMBER: 08CV1879

V.

ASSIGNED JUDGE: JUDGE LEFKOW

CITY OF CHICAGO, Chicago Police Officers
JAIRO VALERIANO (10649), K. MILES (16402),
M. TOMALIS (8484), and BUGLIO (3983)

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

CITY OF CHICAGO
CORPORATION COUNSEL
30 N. LASALLE ST.
CHICAGO, ILLINOIS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRANK HIMEL
833 W. JACKSON BLVD., SUITE 200
CHICAGO, ILLINOIS 60607

an answer to the complaint which is herewith served upon you, within ___120___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 2, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE APRIL 8, 2008 |
| NAME OF SERVER (PRINT) OMAR PEREZ | TITLE LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): 121 N. LASALLE  CITY CLERK'S OFFICE  CHICAGO, ILLINOIS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-24-08
             Date

Signature of Server

833 W. JACKSON, CHICAGO, IL 60607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.