AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

14 APR 2008   09 03

### SUMMONS IN A CIVIL CASE

ANDRE BAKER

v.

| | |
|---|---|
| CASE NUMBER: | 08CV1879 |
| | |
| ASSIGNED JUDGE: | JUDGE LEFKOW |
| MAGISTRATE JUDGE: | MAGISTRATE JUDGE SCHENKIER |

CITY OF CHICAGO, Chicago Police
Officers JAIRO VALERIANO
(10649), K. MILES (16402), M.
TOMALIS (8484), and BUGLIO
(3983)

TO: (Name and address of Defendant)
OFFICER JAIRO VALERIANO (10649)
CITY OF CHICAGO
CORPORATION COUNSEL
30 N. LASALLE ST., SUITE 1020
CHICAGO, ILLINOIS 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRANK HIMEL
833 W. JACKSON BLVD., STE. 200
CHICAGO, IL 60607

an answer to the complaint which is herewith served upon you, within __120__ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS,

(By) DEPUTY CLERK                                        DATE

**Michael W. Dobbins, Clerk**

-----------------------------------                              -----------------------------------
**(By) DEPUTY CLERK**                                           **April 2, 2008**

                                                                 Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | APRIL 14, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| FRANK HIMEL | ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐      Served personally upon   _____

☐      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

      Name of person with
whom the summons and
complaint were left:   _____

☐      Returned
unexecuted:   _____

☑      Other
(specify): CHICAGO POLICE DEPT. 3510 S. MICHIGAN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0 |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on

Date    4-24-08

Signature of Server   *Frank Himel*

Address of Server
833 W. JACKSON
CHICAGO, IL. 60607

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.