U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:    08 C 1879

ANDRE BAKER

v.

CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| |
|---|
| NAME (Type or print)<br>Kenneth C. Robling |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　s/Kenneth C. Robling |
| FIRM<br>Office of the Corporation Counsel, City of Chicago |
| STREET ADDRESS<br>30 North LaSalle, Suite 1020 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278335 | TELEPHONE NUMBER<br>312-742-0116 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES　　NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES ☐　　NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　YES X　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　　YES　　NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ |