IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Andre Baker, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1879 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| City of Chicago, et al., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Lefkow, or any judge sitting in her stead, on **Thursday, May 8, 2008, at 9:30 a.m.**, to present its Unopposed Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which has been served on you.

Dated: May 1, 2008

                                     MARA S. GEORGES,
                                     Corporation Counsel of the City of Chicago

               By:        /s/ Kenneth Charles Robling
                          KENNETH CHARLES ROBLING
                          Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-0116

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 1, 2008, he electronically filed the foregoing Notice of Unopposed Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By:  /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING