# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case:    08 C 1879

    ANDRE BAKER,   Plaintiff,        Honorable Judge LEFKOW

       v.

    CITY OF CHICAGO,  et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Police Officers Jairo Valeriano, Kenneth Miles Jr., Felix Tomalis Jr., and

William Buglio

---

| | |
|---|---|
| SIGNATURE<br>    /S/ JOEL G. SANDOVAL | |
| FIRM    City of Chicago, Corporation Counsel | |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06290664 | TELEPHONE  NUMBER<br>312.742.5146 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES          NO  X

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO  X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO  X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES  X      NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐