IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BAKER | ) | |
| | ) | No. 08 C 1879 |
| Plaintiff, | ) | |
| | ) | JUDGE LEFKOW |
| v. | ) | |
| | ) | MAGISTRATE SCHENKIER |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND THE TIME IN WHICH
DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officers Jairo Valeriano, Kenneth Miles Jr., Felix Tomalis Jr., and William Buglio (Collectively referred to as "Individual Defendants"), by their attorney, Joel G. Sandoval, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court extend the time in which defendants may answer or otherwise plead to plaintiffs' complaint to June 23rd, 2008.  In support of this motion, defendants state:

1. The undersigned filed his appearance for the Individual Defendants on April 22, 2008.

2. This motion is Individual Defendants' first request for an extension of time to answer or otherwise plead.

3. The undersigned has not yet been able to interview all police personnel necessary to answer the complaint herein.

4. The undersigned has not yet received all police reports and files necessary to answer the complaint herein.

5. Plaintiff has been notified, has agreed, and will not be prejudiced as a result of said

extension of time.

**WHEREFORE,** The Individual Defendants respectfully request that they be given until June 23rd, 2008 to answer or otherwise plead to plaintiff's' complaint.

        Respectfully submitted,

        /s/ JOEL G. SANDOVAL
        Joel G. Sandoval
        Assistant Corporation Counsel

30 N. LaSalle Street
Suites 1400
Chicago, Illinois 60602
(312) 742-5146
(312) 744-6566 (FAX)
Attorney No.: 6290664