UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BAKER | ) | |
| | ) | No. 08 C 1879 |
| Plaintiff, | ) | |
| | ) | JUDGE LEFKOW |
| v. | ) | |
| | ) | MAGISTRATE SCHENKIER |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Frank Himel,
      Attorney for Plaintiff
      833 W. Jackson Blvd., Suite 200
      Chicago, Illinois 60607
      312.334.3131

**PLEASE TAKE NOTICE** that on Thursday May 22, at 9:30 am., or as soon thereafter as counsel may be heard, before the Honorable Joan H. Lefkow, or whomever shall be sitting in her stead, in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *AGREED MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD*.

                                        Respectfully submitted,

                                        /s/ **JOEL G. SANDOVAL**
                                        JOEL G. SANDOVAL
                                        Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312)742-5146
ATTORNEY NO. 06290664