UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BAKER, | ) | |
| | ) | Case No. 08 C 1879 |
| Plaintiff, | ) | |
| | ) | Judge Lefkow |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Jury Demand |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   Frank J. Himel
      833 West Jackson Blvd.
      Suite 200
      Chicago, Illinois  60607

**PLEASE TAKE NOTICE** that on this 9th day of June 2008 I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 9th day of June 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
for the City of Chicago


By:   */s/ Kathleen Manion*
      KATHLEEN MANION
      Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No. 6286785