UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BAKER | ) | |
| | ) | No. 08 C 1879 |
| Plaintiff, | ) | |
| | ) | JUDGE LEFKOW |
| v. | ) | |
| | ) | MAGISTRATE SCHENKIER |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT

Defendant Chicago Police Officers Jairo Valeiano, Kenneth Miles Jr., Felix Tomalis Jr., and William Buglio (" Individual Defendants"), by and through their attorney, Joel G. Sandoval, Assistant Corporation Counsel of the City of Chicago, pursuant to the Federal Rules of Civil procedure 12(e), move for a more definite statement.  In support of this motion, Defendants submit the following:

1. Plaintiff Andre Baker filed his complaint on April 1st, 2008 for acts arising out of his arrest on July 24th, 2007.

2. The complaint alleges that on July 24, 2007, "Defendant Officers" pulled up in police vehicles.  *See* Doc 1, Plntffs Cmplnt, ¶ 7-19.

3. "One of Defendant Officers got out of his car." *Id.*

4. "One or more of Defendant Officers" tackled plaintiff. *Id.*

5. "One of more Defendant Officers" searched plaintiff and his vehicle parked on the street. *Id.*

6. "Defendant Officers" charged plaintiff with possession of a handgun. *Id.*

7. Plaintiff does not identify any officers in the facts of his complaint.  Defendants

Jairo Valeriano, K. Miles, M. Tomalis, Buglio, and Defendant City of Chicago are named only in the caption. *Id.*

8. Additionally, Plaintiff names "Unknown Officers" in the caption of the case.

9. The complaint does include allegations directed at "defendant officers", and "defendants" generally. Such references are so vague and ambiguous that defendants cannot answer plaintiff's complaint without having to speculate as to what conduct refers to which Defendant. Thus, Plaintiff's complaint as plead is defective.

10. Defendants cannot properly answer Plaintiff's complaint without clarification as to which allege specific act applies to which defendant.

**WHEREFORE**, Individual Defendants and the City respectfully request that this Court order Plaintiff to provide a more definite statement pursuant to the Federal Rules of Civil Procedure, Rule 12(e).

                        Respectfully Submitted,

                        /s/    Joel G. Sandoval
                        JOEL G. SANDOVAL
                        Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
312.742.5146
312.744.6566 (FAX)
Attorney No.: 06290664