## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1879 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Baker vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for more definite statement [26] is denied.

■[ For further details see text below.]   Notices mailed by Judicial staff.

### STATEMENT

The complaint, filed April 1, 2008, alleges arrest without probable cause, unreasonable search and seizure, and malicious prosecution by named and unnamed Chicago police officers on July 24, 2007, at 5227 South Racine Avenue, in Chicago. Although the officers are named in the caption and identified as Chicago police officers at paragraph 5 of the complaint, specific officers are not tied to specific acts alleged, *e.g.*, "One of Defendant Officers got out of his car and ran down Plaintiff's gangway toward Plaintiff." It is fair to assume that the plaintiff did not know the officers by name when he encountered them. The reporting officer's record of the incident and the officers' respective memories are more likely sources of such information. Plaintiff is not required to plead facts that are outside his reasonable ability to obtain. This is the proper subject of depositions.