UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BAKER | ) | |
| | ) | No. 08 C 1879 |
| Plaintiff, | ) | |
| | ) | JUDGE LEFKOW |
| v. | ) | |
| | ) | MAGISTRATE SCHENKIER |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Frank Himel,
       Attorney for Plaintiff
       833 W. Jackson Blvd., Suite 200
       Chicago, Illinois 60607
       312.334.3131

**PLEASE TAKE NOTICE** that on Tuesday July 1, at 9:30 am., or as soon thereafter as counsel may be heard, before the Honorable Joan H. Lefkow, or whomever shall be sitting in her stead, in Room 1925 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *MOTION BY DEFENDANTS VALERIANO, MILES, TOMALIS, AND BUGLIO FOR LEAVE TO FILE THEIR ANSWER AND DEFENSES INSTANTER TO PLAINTIFF'S COMPLAINT.*

                                                              Respectfully submitted,

                                                              /s/ **JOEL G. SANDOVAL**
                                                              JOEL G. SANDOVAL
                                                              Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664