UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BAKER | ) | |
| | ) | No. 08 C 1879 |
| Plaintiff, | ) | |
| | ) | JUDGE LEFKOW |
| v. | ) | |
| | ) | MAGISTRATE SCHENKIER |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

To:   Frank Himel,
      Attorney for Plaintiff
      833 W. Jackson Blvd., Suite 200
      Chicago, Illinois 60607
      312.334.3131

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *MOTION BY DEFENDANT VALERIANO, MILES, TOMALIS AND BUGLIO FOR LEAVE TO FILE THEIR ANSWER AND DEFENSES INSTANTER TO PLAINTIFF'S COMPLAINT* and *NOTICE OF MOTION* to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on June 30, 2008, in accordance with the rules on electronic filing of documents

                                        Respectfully submitted,

                                        /s/  JOEL G. SANDOVAL
                                        JOEL G. SANDOVAL
                                        Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664