IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Andre Baker, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1879 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| City of Chicago, et al., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

### DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Defendant City of Chicago (the "City"), by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves this court for leave to withdraw the appearance of counsel Kenneth Charles Robling on behalf of the City. In support of this motion, the City states the following:

1. Currently, the undersigned, Senior Counsel Kenneth Charles Robling, along with Assistant Corporation Counsel Kathleen Manion, have filed appearances in this matter on behalf of Defendant City.

2. The undersigned moves to withdraw his appearance because he has assumed other job duties and responsibilities for the City of Chicago Department of Law. Ms. Manion will remain as counsel for the City in this matter.

**WHEREFORE**, Defendant City respectfully requests that this Court grant its motion to withdraw the appearance of Kenneth Charles Robling in this matter.

Dated: June 30, 2008

Respectfully submitted,

MARA S. GEORGES,
Corporation Counsel of the City of Chicago

By: */s/ Kenneth Charles Robling*
KENNETH CHARLES ROBLING
Senior Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-0116

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 30, 2008, he electronically filed the foregoing **Defendant City of Chicago's Motion For Leave To Withdraw Appearance** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: */s/ Kenneth Charles Robling*
KENNETH CHARLES ROBLING