IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Andre Baker, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1879 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| City of Chicago, et al., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant City of Chicago will appear before the Honorable Judge Lefkow, or any judge sitting in her stead, on **Thursday, July 10, 2008, at 9:30 a.m.**, to present its Motion For Leave To Withdraw Appearance, a copy of which has been served on you.

Dated: June 30, 2008

                                                            MARA S. GEORGES,
                                                            Corporation Counsel of the City of Chicago

                       By:      */s/ Kenneth Charles Robling*
                                 KENNETH CHARLES ROBLING
                                 Senior Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-0116

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 30, 2008, he electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter registered to receive notice through the CM/ECF system.

By: /s/ Kenneth Charles Robling
KENNETH CHARLES ROBLING