UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE BAKER | ) | |
| | ) | No. 08 C 1879 |
| Plaintiff, | ) | |
| | ) | JUDGE LEFKOW |
| v. | ) | |
| | ) | MAGISTRATE SCHENKIER |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   Frank Himel,
      Attorney for Plaintiff
      833 W. Jackson Blvd., Suite 200
      Chicago, Illinois 60607
      312.334.3131

**PLEASE TAKE NOTICE** that on Wednesday July 2, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT*, a copy of which is herewith served upon you via e-filing to "Filing Users" pursuant to Case Management/Electronic Case Files in accordance with the rules on electronic filing of documents.

                                        Respectfully submitted,

                                        /s/ **JOEL G. SANDOVAL**
                                        JOEL G. SANDOVAL
                                        Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664