# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1879 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Baker vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's motion for leave to withdraw appearance [35] is granted. Kenneth Charles Robling is withdrawn as attorney for defendant City of Chicago.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|