**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Andre Baker
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−01879
                                                      Honorable Joan H. Lefkow

City Of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

   MINUTE entry before the Honorable Maria Valdez:At counsel's telephonic request, status hearing set for 8/14/08 is stricken. The parties shall jointly contact the courtroom deputy, Yolanda Pagan, at 312/408−5135 with mutually agreeable dates or appear at 9:30 a.m. on 8/21/08 to set a settlement conference date.Mailed notice(yp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.