**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Andre Baker
                              Plaintiff,

v.                                             Case No.: 1:08−cv−01879
                                               Honorable Joan H. Lefkow

City Of Chicago, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

MINUTE entry before the Honorable Maria Valdez: Status Hearing set for 8/21/08 is hereby stricken. Settlement Conference set for 9/2/2008 at 02:00 p.m. Judge Valdez requires full compliance with the Court's Standing Order of Settlement Conference found on the Judge's website available at www.ilnd.uscourts.gov. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no further continuances will be granted without a motion showing extreme hardship. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.