

FILED
SEP - 2 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Consent to Exercise of Jurisdiction
### By a United States Magistrate Judge

Case Title: ANDRE BAKER v. CITY OF CHICAGO, JAIRO VALERIANO, K. MILES, M. TOMALIS AND BUGLIO

Case Number: 08 CV 1879

Assigned Judge: LEFKOW

Designated Magistrate Judge: VALDEZ

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | Signature | Name of Party or Parties |
|---|---|---|
| 9-2-08 | /s/ Andre Baker | ANDRE BAKER |
| 9-2-08 | /s/ A.C. Kosztya | Attorney for City of Chicago |
| 9-2-08 | /s/ Joel G. [illegible] | Attorney for Individual Defendants |
| | | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.