# United States District Court
# Northern District of Illinois

In the Matter of

Baker

v.                                                          Case No. 08 C 1879

City of Chicago, et al.

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR
### A REASSIGNMENT TO MAGISTRATE JUDGE

The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Magistrate Judge **Maria Valdez** pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

_Judge Joan H. Lefkow_

Dated: September 4, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Magistrate Judge **Maria Valdez** of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_Chief Judge James F. Holderman_

Dated: SEP 4 2008

Reassign/Designated Magistrate Judge (Rev. 9/99)

**Parties have consented to have the designated magistrate conduct:**

- ■ any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(b).
- ☐ specific proceedings pursuant to 28 USC § 636(c). Where such a reassignment is made, the case shall remain on the calendar of the district judge in accordance with General Rule 73.1(c).

**The content of the consent is specified in the following manner:**

- ■ on the attached form(s).
- ☐ in the pretrial order dated and on file with the Clerk of Court.